UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE SANCHEZ,

    Plaintiff,

vs.	CASE NO.: 6:14-CV-765-ORL-37 KRS

POINCIANA PIZZA PLACE, INC.,
D/B/A LEMAYS PIZZA, A
FLORIDA PROFIT
CORPORATION,
AND CHRISTINE MITCHELL,
INDIVIDUALLY,

    Defendants.
_____/

### NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, JOSE SANCHEZ, gives notice of filing the attached Notice of Consent to Join.

Dated this 15th day of May, 2014.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq.
FBN 0015527
Corey Moore, Esq.
FBN0093615
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 425-8171
Email:  RMorgan@forthepeople.com
Email:  CoreyMoore@ForThePeople.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
_____ OF FLORIDA
CASE NO.:

Jose Sanchez,
Individually, and on behalf of
others similarly situated,

    Plaintiff,

v.

Poinciana Pizza Place,
Inc., et al,

    Defendants.
_____/

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.®

- I Jose Sanchez, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, P.A.®, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: 1/28/14

Signature: [signed]

Address: c/o my Counsel- Morgan & Morgan, P.A.®
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801

(M&M form #73)